MICHAEL J. BAYTOSH, State Bar No. 176189
**BAYTOSH LAW FIRM**
2377 Gold Meadow Way, Suite 100
Gold River, CA  95670
Tel:  (916) 631-1940
Fax: (916) 313-3235
Mike@Baytoshlaw.com

Attorneys for Plaintiff, WEBER MARKING SYSTEMS, INC. dba Weber Packaging Solutions, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| WEBER MARKING SYSTEMS, INC. dba Weber Packaging Solutions, Inc., <br><br>Plaintiff, <br><br>v. <br><br>NEWELL RAY WOODWARD, an Individual, <br><br>Defendant. | CASE NO.:  **8:17-CV-02231-JLS-KES** <br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT** <br><br>Date:    September 28, 2018 <br> Time:    2:30 p.m. <br> Dept:    10A <br><br>**Hon. Josephine L. Staton, District Judge** |

TO THE HONORABLE UNITED STATES DISTRICT JUDGE AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT, on the above-stated date, time and location, Plaintiff, WEBER MARKING SYSTEMS, INC. dba Weber Packaging Solutions, Inc. will and hereby does move the Court to grant its Motion for Entry of Default Judgment pursuant to Federal Rule of Civil Procedure, Rule 55(b), based on Defendant's failure to file an answer or otherwise plead following personal service of Summons and Complaint, and the Clerk of Court's entry of

Default effective April 3, 2018.  In support of the motion, Plaintiff relies upon the record in this matter including the Complaint and all reasonable inferences to be drawn therefrom, the Memorandum of Points and Authorities in Support, the Declaration of Douglas Weber (President and Chief Executive Officer of WEBER MARKING SYSTEMS, INC.) regarding the terms, conditions and relationships of Defendant's employment, and confirming the results of its internal audit and Weber's damages assessments, and the Declaration of Michael J. Baytosh, all submitted in support of the amended motion and filed concurrently herewith.

Dated:   July 27, 2018                              Respectfully Submitted,

**BAYTOSH LAW FIRM**

　　　　　　　　　　　　　　　　　　　　*/s/ MICHAEL J. BAYTOSH*
By:_____
　　MICHAEL J. BAYTOSH, SBN 176189
　　Attorneys for Plaintiff, WEBER
　　MARKING SYSTEMS, INC., dba
　　Weber Packaging Solutions, Inc