JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| WEBER MARKING SYSTEMS, INC. dba Weber Packaging Solutions, Inc., <br><br> Plaintiff, <br><br> v. <br><br> NEWELL RAY WOODWARD, an Individual, <br><br> Defendant. | CASE NO.: **8:17-CV-02231-JLS-KES** <br><br> **DEFAULT JUDGMENT** |

### DEFAULT JUDGMENT

The Defendant, NEWELL RAY WOODWARD, having failed to appear, plead or otherwise defend in this action, and default having been entered on April 3, 2018, and Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and declarations in accordance with Federal Rule of Civil Procedure 55(b);

Judgment is hereby entered in favor of Plaintiff, WEBER MARKING SYSTEMS, INC. doing business as Weber Packaging Solutions, Inc. and against

Defendant, NEWELL RAY WOODWARD, as follows:

For breach of the duty of loyalty and the terms of the employment (non-disclosure) agreement dated January 20, 2016, the Court finds damages and/or restitution in the amount of $<u>154,143</u>.00 is reasonable and appropriate. Further, Plaintiff is entitled to contractual attorneys' fees of $2,124.20, as requested in its motion for default judgment. Plaintiff is further entitled to an award of costs and shall apply to the Clerk to tax costs pursuant to the procedure set forth in C.D. Cal. R. 54-2. Finally, Plaintiff is entitled to postjudgment interest at the rate set forth in 28 U.S.C. § 1961(a).

DATED: September 27, 2018

*[signature: Josephine Staton]*

UNITED STATES DISTRICT JUDGE